MERCURY DIAMONDS, INC.,
Plaintiff/Respondent,

v.

William SULLIVAN,
Defendant/Appellant.

No. 65791.

Missouri Court of Appeals,
Eastern District,
Division Two.

Dec. 6, 1994.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Jan. 10, 1995.

Roger M. Hibbits, Clayton, for appellant.

Vincent D. Vogler, Stephen C. Christiansen, Vogler & Associates, St. Louis, for respondent.

Before SMITH, P.J., and PUDLOWSKI and WHITE, JJ.

*MEMORANDUM OPINION*

PER CURIAM.

Defendant appeals from a judgment by default against him entered after the Court struck defendant's pleadings for failure to make discovery in a suit on an account. We have determined that the judgment of the trial court was within its discretion and that no error of law appears and that an opinion would have no precedential value.

Judgment affirmed. Rule 84.16(b).

Harry TETTAMBLE,
Petitioner/Appellant,

v.

Paul CASPARI and Barbara
Smith, Respondents.

No. 66288.

Missouri Court of Appeals,
Eastern District,
Division Four.

Jan. 31, 1995.

Motion for Rehearing and/or Transfer to
Supreme Court Denied March 7, 1995.

Harry Tettamble, pro se.

Jeremiah W. (Jay) Nixon, Atty. Gen., John Munich, Asst. Atty. Gen., Jefferson City, Joseph S. Lawder, Asst. Atty. Gen., St. Louis, for respondents.

Before AHRENS, P.J., and SIMON and KAROHL, JJ.

*ORDER*

PER CURIAM.

In this action for declaratory relief, petitioner Harry Tettamble appeals the grant of summary judgment in favor of respondents, prison officials where petitioner is incarcerated. Petitioner alleged that respondents are denying him good time credit under § 558.041 RSMo in a manner which violates his due process rights and which is an ex post facto violation. We affirm.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).